# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973 538-6890
Fax 973 540-9015
www.jacksonlewis.com
Richard J. Cino • Managing Principal

ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC
ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD
ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA
AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA
BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT
BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA
BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA
CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR
CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA
CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO
DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL
DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION
DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY
DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI
GRAND RAPIDS, MI | MINNEAPOLIS, MN

*through an affiliation with Jackson Lewis P.C., a Law Corporation

JEFFREY J. CORRADINO
EMAIL ADDRESS: JEFFREY.CORRADINO@JACKSONLEWIS.COM

June 5, 2018

**VIA FACSIMILE AND EFILE**
Honorable Steven C. Mannion, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U. S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: David E. Leach III v. MHA, LLC d/b/a Meadowlands Hospital Medical Center
Civil Action No. 17-cv-02482-MCA-SCM

Dear Magistrate Judge Mannion:

We represent Respondent Meadowlands Hospital Medical Center in the above matter. This letter is in follow-up to our June 4, 2018 letter requesting reconsideration of counsel for Intervenor, Kerri Wright's request for an adjournment for the mediation session currently scheduled for tomorrow, Wednesday, June 6 at 10 a.m.

As we indicated, Individual Intervenor, Dr. Richard Lipsky is also the sole individual with settlement authority for Respondent MHA. Dr. Lipsky is currently in Italy and tomorrow he is traveling from Florence to Arrezo, Italy to meet with the Mayor of Arezzo. Unfortunately, he is unavailable by phone to participate in the mediation.

We apologize for the inconvenience this inadvertence has caused Your Honor and the court. We, however, sincerely believe that an adjournment of the session will benefit all Parties and respectfully request Your Honor's reconsideration and forbearance.

Respectfully,

JACKSON LEWIS P.C.

s/ Jeffrey J. Corradino
Jeffrey J. Corradino

JJC:tcm
cc: Emma Rebhorn (via ECF and email)
 Saulo Santiago (via ECF and email)
 Kerri Ann Wright (via ECF and email)

---

*Handwritten annotation:*

Why counsel and this party could not be available on almost 2 months notice is troubling. Nonetheless, the settlement conference is adjourned to 8/14/18 at 11:30 AM.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 6/5/18